STATE, *ex rel.* LANE DRUG STORES, INC., v R. H. CARSWELL,
as Tax Collector of Duval County.

166 So. 249.
Opinion Filed November 26, 1935.
Opinion on Rehearing February 25, 1936.

*Thos. B. Adams, Henry P. Adair* and *Knight, Adair,
Cooper* and *Osborne,* for Relator;

*Cary D. Landis,* Attorney General, and *H. E. Carter* and
*J. V. Keen,* Assistants, and *Henry C. Tillman,* for Respondent.

PER CURIAM.—This case is disposed of on authority of
State of Florida, *ex rel.* Lane Drug Stores, Inc., v. Simpson,
Tax Collector, 122 Fla. 582, 166 Sou. Rep. 227, this day
decided.

Demurrer to respondent's return sustained as to amended
alternative writ of mandamus.

WHITFIELD, C. J., and TERRELL, BROWN and DAVIS, J. J.,
and FRANK A. SMITH, Circuit Judge, concur.

BUFORD, J., dissents in part.

BUFORD, J. (dissenting in part).—I dissent in part from
the opinion prepared by Mr. Justice DAVIS in this case to
the extent and for the same reasons set forth in the opinion
dissenting in part in the case of State of Florida, *ex rel.*
Lane Drug Stores, Incorporated, a corporation, v. Clyde H.
Simpson, as Tax Collector of Duval County, Florida.